598 A.2d 870
ARCHIE SCHWARTZ COMPANY v.
ROBERT C. WALTHER, ET AL.

November 1, 1988.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed. (See 110 *N.J.* 201, 540 *A.*2d 192 (1988).)

598 A.2d 870
WILLIAM AND ROSLYN SNYDER v. HAROUTUNE MEKHIJAN, M.D. AND BERGEN COMMUNITY BLOOD CENTER.

March 19, 1991.

This matter having been duly considered and the Court having determined that the plaintiff's motion for leave to appeal was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed. (See 126 *N.J.* 318, 318, 598 *A.*2d 879, 879 (1991).)

598 A.2d 870
STATE OF NEW JERSEY v. WAYNE T. CURTIN.

March 19, 1991.

Petition for certification granted, and the matter is summarily remanded to the Appellate Division for reconsideration of its judgment in the light of *State v. Schreiber,* 122 *N.J.* 579, 585 *A.*2d 945 (1991).

Jurisdiction is not retained.